UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JORGE LUIS SUT POL
(A# 221-454-441),

   Petitioner,

  v.

WARDEN,

   Respondent.

No.  1:26-cv-1155 DJC AC

ORDER

Petitioner, an immigration detainee prisoner previously proceeding without counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 13, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  ECF No. 16.  Neither party filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law

1

are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 16) are adopted in full.

2.  Petitioner's petition for writ of habeas corpus (ECF No. 1), along with the supplemental petition (ECF No. 12) is GRANTED as follows.

3.  Respondent is ORDERED to:

a.  IMMEDIATELY RELEASE petitioner from respondents' custody.

b.  RETURN all of petitioner's documents and possessions upon his release from custody.

4.  Respondent is PERMANENTLY ENJOINED and RESTRAINED from re-detaining petitioner under 8 U.S.C. § 1226(a), unless petitioner is provided with a bond hearing pursuant to 8 C.F.R. § 1236.1(c0(8) at which petitioner shall bear the burden of showing that he is not a flight risk or a risk to community safety.  This Order does not address the circumstances in which respondent may detain petitioner in the event petitioner becomes subject to an executable final order of removal.

5.  The Clerk of the Court is directed to enter judgment, SERVE California City Immigration Processing Center with a copy of this Order, and CLOSE this case.

IT IS SO ORDERED.

Dated:   **April 20, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2